AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| Fresenius Kabi USA, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **16 - 237** |
| Maia Pharmaceuticals, Inc. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Maia Pharmaceuticals, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian E. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __APR - 7 2016__    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-237

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Maia Pharmaceuticals, Inc.,
was received by me on *(date)* 04/08/2016 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynanne Gares , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
registered agent for Maia Pharmaceuticals, Inc., on *(date)* 04/08/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/08/2016

*Server's signature*

Tim Rhoads  Legal Courier
*Printed name and title*

DLSDiscovery, LLC
824 N Market St, Suite 108
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: