IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRESENIUS KABI USA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-237-GMS |
| | ) |
| MAIA PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendant. | ) |

[PROPOSED] ORDER GRANTING
DEFENDANT MAIA PHARMACEUTICALS, INC.'S MOTION TO TRANSFER VENUE
TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1404(a)

The Court, having considered Defendant Maia Pharmaceuticals, Inc.'s ("Maia") Motion to Transfer Venue to the District of New Jersey Pursuant to 28 U.S.C. § 1404(a), the Opening Brief in Support, Opposition and Reply, all related materials, and arguments, and for good cause showing,

IT IS HEREBY ORDERED THAT the Motion to Transfer Venue to the District of New Jersey Pursuant to 28 U.S.C. § 1404(a) is GRANTED, and this action is hereby transferred to the United States District Court for the District of New Jersey.

Dated: June 8, 2016

The Honorable Gregory M. Sleet
United States District Judge

23279461